IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 5:17-CR-56 |
| | : | |
| v. | : | VIOLATIONS: |
| | : | 18 U.S.C. § 1594(c) |
| JESSIE LEE HALL, JR. | : | 18 U.S.C. §§ 1591(a)(1), (a)(2), (b)(1) |
| CURTIS HALL | : | 18 U.S.C. § 2421(a) |
| JACKIE FIELDS | : | 18 U.S.C. § 2 |
| and | : | 18 U.S.C. § 2422(a) |
| LANTESIA LANIER | : | 18 U.S.C. § 2428 |
| | : | 28 U.S.C. § 2461(c) |
| Defendants. | : | |
| | : | INDICTMENT |

THE GRAND JURY CHARGES:

COUNT ONE
(Conspiracy to Commit Sex Trafficking)

Beginning on or about July 1, 2013, the exact date being unknown, and continuing to on or about June 12, 2016, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of the Court, defendants,

JESSIE LEE HALL, JR.,
CURTIS HALL,
JACKIE FIELDS, and
LANTESIA LANIER,

with others known and unknown to the Grand Jury, conspired and agreed with each other, to knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, advertise, maintain, and solicit, by any means victims, to wit: Jane Doe 1, Jane Doe 2, Jane Doe 3, and others, and did benefit financially and by receiving something of value from their participation in this venture, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion,

and any combination of such means, would be used to cause said victims to engage in commercial sex acts; all in violation of Title 18 United States Code, Section 1594(c) i/c/w Title 18, United States Code, Sections 1591(a)(1) & (2).

## COUNT TWO
### (Sex Trafficking – Jane Doe 1)

Beginning or about sometime in July 2013, the exact date being unknown, through on or about February 23, 2016, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of the Court, the defendant,

### JESSIE LEE HALL, JR.,

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, advertise, maintain, and solicit, by any means a victim, to wit: Jane Doe 1, and did benefit financially from his participation in this venture, knowing and in reckless disregard of the fact that force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause Jane Doe 1 to engage in commercial sex acts; all in violation of Title 18, United States Code, Sections 1591(a)(1), (a)(2), and (b)(1).

## COUNT THREE
### (Transportation for Illegal Sexual Activity – Jane Doe 1)

Beginning on or about May 8, 2015, and continuing through on or about May 12, 2015, in the Middle District of Georgia, and elsewhere within the jurisdiction of the Court, the defendants,

### JESSIE LEE HALL, JR., & CURTIS HALL,

aided and abetted by each other, as well as by others both known and unknown to the Grand Jury, did knowingly transport Jane Doe 1 in interstate commerce, that is, from Georgia to Florida, with the intent that Jane Doe 1 engage in prostitution and in any sexual activity for which any person can be charged with a criminal offense; all in violation of Title 18, United States Code, Sections 2421(a) and 2.

## COUNT FOUR
### (Transportation for Illegal Sexual Activity – Jane Doe 1)

Beginning on or about September 21, 2015, and continuing through on or about September 26, 2015, in the Middle District of Georgia, and elsewhere within the jurisdiction of the Court, the defendants,

**JESSIE LEE HALL, JR., & JACKIE FIELDS,**

aided and abetted by each other, as well as others both known and unknown to the Grand Jury, did knowingly transport Jane Doe 1 in interstate commerce, from Georgia to Tennessee, Missouri, and Kentucky, with the intent that Jane Doe 1 engage in prostitution and in any sexual activity for which any person can be charged with a criminal offense; all in violation of Title 18, United States Code, Sections 2421(a) and 2.

## COUNT FIVE
### (Transportation for Illegal Sexual Activity – Jane Doe 1)

Beginning on or about January 16, 2016, and continuing through on or about January 21, 2016, in the Middle District of Georgia, and elsewhere within the jurisdiction of the Court, the defendant,

**JESSIE LEE HALL, JR.,**


did knowingly transport Jane Doe 1 in interstate commerce, that is, from Georgia to South Carolina, with the intent that Jane Doe 1 engage in prostitution and in any sexual activity for which any person can be charged with a criminal offense; all in violation of Title 18, United States Code, Sections 2421(a) and 2.

## COUNT SIX
### (Transportation for Illegal Sexual Activity – Jane Doe 1)

Beginning on or about April 17, 2016, and continuing through on or about April 29, 2016, in the Middle District of Georgia, and elsewhere within the jurisdiction of the Court, the defendant,

**JESSIE LEE HALL, JR.,**

did knowingly transport Jane Doe 1 in interstate commerce, that is, from Georgia to South Carolina, with the intent that Jane Doe 1 engage in prostitution and in any sexual activity for which any person can be charged with a criminal offense; all in violation of Title 18, United States Code, Sections 2421(a) and 2.

## COUNT SEVEN
### (Sex Trafficking – Jane Doe 2)

Beginning on or about sometime in October 2013, the exact date being unknown, and continuing through on or about May 12, 2015, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of the Court, the defendant,

**JESSIE LEE HALL, JR.,**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, advertise, maintain, and solicit, by any means a victim, to wit: Jane Doe 2, and did benefit financially from his participation in this venture, knowing

and in reckless disregard of the fact that force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause Jane Doe 2 to engage in commercial sex acts; all in violation of Title 18, United States Code, Sections 1591(a)(1), (a)(2), and (b)(1).

## COUNT EIGHT
### (Transportation for Illegal Sexual Activity – Jane Doe 2)

Beginning or about May 8, 2015, and continuing through on or about May 12, 2015, in the Middle District of Georgia, and elsewhere within the jurisdiction of the Court, the defendants,

### JESSIE LEE HALL, JR., & CURTIS HALL,

aided and abetted by each other, as well as by others both known and unknown to the Grand Jury, did knowingly transport Jane Doe 2 in interstate commerce, that is, from Georgia to Florida, with the intent that Jane Doe 2 engage in prostitution and in any sexual activity for which any person can be charged with a criminal offense; all in violation of Title 18, United States Code, Sections 2421(a) and 2.

## COUNT NINE
### (Inducement to Travel to Engage in Criminal Sexual Activity – Jane Doe 3)

On or about May 30, 2016, in the Middle District of Georgia, and elsewhere within the jurisdiction of the Court, the defendant,

### JESSIE LEE HALL, JR.,

did knowingly persuade, induce, entice, and coerce a victim, to wit: Jane Doe 3, to travel in interstate commerce, that is, from Ohio to Georgia, to engage in prostitution and any

sexual activity for which any person can be charged with a criminal offense; all in violation of Title 18, United States Code, Sections 2422(a) and 2.

## COUNT TEN
### (Sex Trafficking – Jane Doe 3)

Beginning on or about May 30, 2016, and continuing through on or about June 12, 2016, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of the Court, the defendant,

**JESSIE LEE HALL, JR.,**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, advertise, maintain, and solicit, by any means a victim, to wit: Jane Doe 3, and did benefit financially from his participation in this venture, knowing and in reckless disregard of the fact that force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause Jane Doe 3 to engage in commercial sex acts; all in violation of Title 18, United States Code, Sections 1591(a)(1), (a)(2), and (b)(1).

## FORFEITURE NOTICE
### (18 U.S.C. § 1594, 18 U.S.C. § 2428, and 28 U.S.C. § 2461(c) – Criminal Forfeiture)

1. The allegations contained in Counts One through Ten of this Indictment are hereby re-alleged and incorporated by reference into this Notice for the purpose of alleging forfeitures to the United States of America, pursuant to the provisions of Title 18, United States Code, Section 1594 and Title 18, United States Code, Section 2428.

2. Upon conviction of the offense(s) in violation of Title 18 United States Code, Section 1594(c) i/c/w Title 18, United States Code, Sections 1591(a)(1) & (2) set forth in Count One; Title 18, United States Code, Sections 1591(a)(1), (a)(2), and (b)(1) set forth in Counts Two, Seven, and Ten; Title 18, United States Code, Section 2421(a) set forth in Counts Three through Six and Eight; and/or Title 18, United States Code, Section 2422(a) set forth in Count Nine of the Indictment, the defendant(s),

**JESSIE LEE HALL, JR.,
CURTIS HALL,
JACKIE FIELDS, and
LANTESIA LANIER,**

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 1594, any property, real or personal, involved in, used, or intended to be used to commit or to facilitate the commission of the offense(s), and any property traceable to such property; and any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the offense(s), and any property traceable to such property; and/or pursuant to Title 18, United States Code, Section 2428, any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense(s) and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense(s), including, but not limited to the following:

### Electronics

A. One (1) LG Stylo 2 Cricket telephone, Model: LG-K540, Serial Number: 605CYCV050771, with charger;
B. One (1) Samsung, Model: SM-S820L(GP), IMEI: 990005850322745, (TracFone / No Serial Number), with charger;

    C.    One (1) LG Optima, Model: LG-VS425PP, Serial Number: 602CQYQ0433522;

    D.    One (1) LG Optima, Model: LG-VS425PP, Serial Number: 602CQXM0312810;

    E.    One (1), Apple 16GB IPAD, Serial Number: DMPJ49FMDKPH, white face, silver back case, and black Otter Box protective case;

    F.    One (1), Apple 16GB IPAD, Serial Number: DKWKH1R8DKPH, white face, silver case, leather protective case (Damage to silver case, causing gap between the case and glass face);

    G.    One (1), 1 GB micro SanDisk SD card/Flash Drive with adapter;

    H.    One (1), Asus laptop, Serial Number: C5N0BC078715197, gray and black laptop, with charger; and

    I.    One (1) HP laptop, Serial Number: 5CD44710FZ, red laptop, with no charger.

3. If any property subject to forfeiture, as a result of any act or omission of the defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property that cannot be divided

without difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21 United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), through Title 18, United States Code, Section 2428 and Title 18, United States Code, Section 1594.

All pursuant to Title 18, United States Code, Section 2428, Title 18, United States Code, Section 1594, and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

s/Foreperson of the Grand Jury
FOREPERSON OF THE GRAND JURY

G.F. PETERMAN, III
UNITED STATES ATTORNEY

Presented by:

_____
CRAWFORD SEALS
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 15 day of November, AD 2017.

_____
Deputy Clerk