IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JESSIE LEE HALL, JR., | * |
| Petitioner, | * |
| v. | Case No. 5:17-CR-56-1-MTT |
| | * |
| UNITED STATES OF AMERICA, | |
| | * |
| Respondent. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 19, 2021, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Respondent.

This 19th day of March, 2021.

David W. Bunt, Clerk

s/ Vanessa Siaca, Deputy Clerk